IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-30002 |
| | ) | |
| GERALD LIPPOLD et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Government's Motion to Dismiss (d/e 72).  The Court has considered the Government's Motion to Dismiss, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the charge against Defendants Curry Ready Mix & Builders Supply, Inc., Curry Ice & Coal of Springfield, Inc., and Lippold & Arnett, Inc.  The Court finds that the Government has provided a sufficient basis to support the Motion and that such dismissal should be without prejudice.

THEREFORE, the Government's Motion to Dismiss (d/e 72) is ALLOWED.  The charge against Defendants Curry Ready Mix & Builders Supply, Inc., Curry Ice & Coal of Springfield, Inc., and Lippold & Arnett,

1

Inc., is dismissed as to these three corporate Defendants without prejudice.

The case, however, remains pending against Defendant Gerald Lippold.

IT IS THEREFORE SO ORDERED.

ENTER: January 19, 2007.

    FOR THE COURT:

                                    s/ Jeanne E. Scott
                                JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE